**KC**

**FILED**

**NOVEMBER 21, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

**07 C 6624**

Edith Simmons
_____
Plaintiff

v.

**JUDGE KENNELLY
MAGISTRATE JUDGE KEYS**

ChildServ, Inc.
_____
Defendant(s)

CASE NUMBER _____

JUDGE _____

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, **Edith Simmons**, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?     ☐Yes     ☒No     (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution? ☐Yes ☐No Monthly amount:_____

2. Are you currently employed?     ☐Yes     ☒No
   Monthly salary or wages:_____
   Name and address of employer:_____

   a. If the answer is "No":
      Date of last employment: *August 31, 2007*
      Monthly salary or wages: *$2400/month*
      Name and address of last employer: *ChildServ, Inc.*

   b. Are you married?     ☐Yes     ☒No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                    ☐Yes     ☒No
   Amount_____ Received by_____

b.    ☐ Business, ☐ profession or ☐ other self-employment          ☐Yes          ☒No
Amount_____Received by_____

c.    ☐ Rent payments, ☐ interest or ☐ dividends          ☐Yes          ☒No
Amount_____Received by_____

d.    ☐ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers'
compensation, ☒ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
*764/mo - Soc. Sec.                                        ☒Yes          ☐No
Amount *231/wk - unemploymt Received by _Edith Simmons_____

e.    ☐ Gifts or ☐ inheritances          ☐Yes          ☒No
Amount_____Received by_____

f.    ☒ Any other sources (state source: _DCFS_____)  ☒Yes          ☐No
Amount *410/month_____ Received by _Edith Simmons_____

4.    Do you or anyone else living at the same residence have more than $200 in cash or checking or
savings accounts?          ☐Yes          ☒No          Total amount:_____
In whose name held:_____ Relationship to you:_____

5.    Do you or anyone else living at the same residence own any stocks, bonds, securities or other
financial instruments?          ☐Yes          ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6.    Do you or anyone else living at the same residence own any real estate (houses, apartments,
condominiums, cooperatives, two-flats, three-flats, etc.)?          ☒Yes          ☐No
Address of property: _see addendum for explanation_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7.    Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile
homes or other items of personal property with a current market value of more than $1000?
          ☒Yes          ☐No
Property: _see addendum for explanation_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8.    List the persons who are dependent on you for support, state your relationship to each person and
indicate how much you contribute monthly to their support.  If none, check here ☐No dependents
_James Ernest Simmons - age 12 - son (adopted)_
_____100% of his support_

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: *11-16-07*

*Mrs Edith Simmons*
Signature of Applicant

*Edith Simmons*
(Print Name)

-----------------------------------------------------------------------------------------------------------------

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
### (Incarcerated applicants only)
### (To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of

$_____ on account to his/her credit at (name of institution)_____.

I further certify that the applicant has the following securities to his/her credit:_____. I further

certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_____                    _____
DATE                                         SIGNATURE OF AUTHORIZED OFFICER

                                             _____
                                             (Print name)

rev. 10/10/2007

**EDITH SIMMONS v. CHILDSERV, INC.**

**Addendum to In Forma Pauperis Application**

6.      Edith Simmons is a joint owner of a 2 flat building at 851 N. Waller in Chicago ("the building"). The other joint owners are her daughter Debra Peterson and her son in law Donald Peterson. Ms. Simmons was made a joint owner in 2006 when the property was sold and the bank which provided the mortgage required that Debra and Donald add Edith Simmons as both an owner and a mortgagor. Edith Simmons does not live at the building and has never resided there. She does not pay any building expenses and receives no income from the building. Edith only agreed to become a nominal title holder in order to help Debra and Donald acquire and finance the building. Edith expects that she will convey her interest in the building to Debra and Donald as soon as the mortgage holder allows that conveyance. The principal amount of the 2006 mortgage is $240,000. The monthly payments are $1,637.00. The mortgage payments are made by Debra and Donald Peterson.

7.      Edith Simmons does not drive a car. She is the nominal owner of a 2007 Dodge Charger, which is driven by her grandson Michael Simmons, who is 26 years old. She agreed to be the title holder to the car because Michael could not get credit in his own name to purchase the car. The purchase price of the Charger was $21,000. Michael makes the monthly payments on the loan used to purchase the car.

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915 (e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

_11 - 16 - 07_
Date

_Mrs. Edith Simmons_
Edith Simmons