# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6624 | **DATE** | 1/22/2008 |
| **CASE TITLE** | Simmons vs. ChildServ, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to proceed *in forma pauperis* is granted [docket no. 4]. The Court apologizes for the delay in dealing with this motion; neither the complaint nor the motion was ever forwarded to chambers by the Clerk's Office. The Marshal is appointed to serve the defendant with summons and the complaint. Plaintiff is directed to cooperate with the Marshal as requested in effectuating service of process. The case is set for an initial status hearing on 3/27/08 at 9:00 a.m., in chambers. Plaintiff is directed to advise defendant of the status hearing date. Prior to the status hearing, the parties are directed to comply with Judge Kennelly's standing initial order, which may be found at http://10.205.15.104/JUDGE/KENNELLY/INIT-ORD.htm.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|