IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDITH SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case Number 07 CV 6624 |
| | ) | |
| | ) | **District Judge Matthew F. Kennelly** |
| CHILDSERV, INC., | ) | **Magistrate Judge Arlander Keys** |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on May 12, 2008, we filed with the United States District Court for the Northern District of Illinois Eastern Division, *Defendant ChildServ's Answer and Affirmative Defenses to Plaintiff's Complaint*, a copy of which is served upon you.

Dated: May 12, 2008                                   Respectfully submitted,


                                                      /s/ Nicholas Anaclerio

                                                      Nicholas Anaclerio (ARDC #6187889)
                                                      UNGARETTI & HARRIS LLP
                                                      3500 Three First National Plaza
                                                      Chicago, Illinois 60602
                                                      Telephone (312) 977-4400
                                                      Facsimile (312) 977-4405

                                                      Counsel for Defendant