## **CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of *Defendant ChildServ's Answer and Affirmative Defenses to Plaintiff's Complaint* was filed with the Clerk for the United States District Court, for the Northern District, using the CM/ECF system. The following parties and counsel were served *via* U.S. Mail on May 12, 2008:

Timothy Huizenga
LEGAL ASSISTANCE FOUNDATION
OF METROPOLITAN CHICAGO
111 West Jackson Boulevard, Suite 300
Chicago, Illinois 60604-3528


/s/ Nicholas Anaclerio


Nicholas Anaclerio (ARDC #6187889)
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone (312) 977-4400
Facsimile (312) 977-4405

Counsel for Defendant