# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6624 | **DATE** | 5/13/2008 |
| **CASE TITLE** | Simmons vs. ChildServ | | |

**DOCKET ENTRY TEXT**

Settlement conference held with attorneys for both sides. Progress is made, but settlement does not appear to be possible at this time. All discovery is to be completed by 10/16/08; the parties are advised that this date will not be moved and that they need to begin discovery promptly so that it will be completed by that date. The deadline for filing dispositive motions is 11/7/08; the response to any dispositive motion is to be filed by 12/5/08, and the reply is to be filed by 12/19/08. The Court will rule by mail.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|