IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EDITH SIMMONS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07 C 6624 |
| | ) | |
| CHILDSERV, INC. | ) | Judge Matthew Kennelly |
| | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, plaintiff Edith Simmons, by and through her attorneys, voluntarily dismisses this action with prejudice, this matter having been fully settled. Each party shall bear its own costs and fees.

Respectfully submitted,

_____
One of Plaintiff's Attorneys

TIMOTHY HUIZENGA
JENNA KLATELL
LEGAL ASSISTANCE FOUNDATION OF CHICAGO
111 W. JACKSON BLVD., 3RD FLOOR
CHICAGO, ILLINOIS 60604
(312) 347-8377

1